**STATE of Maine**

v.

**Daniel J. MELLOR.**

Supreme Judicial Court of Maine.

Argued June 3, 1987.
Reargued Aug. 31, 1987.
Decided Sept. 1, 1987.

David W. Crook, Dist. Atty., William S. Baghdoyan (orally), Asst. Dist. Atty., Augusta, for plaintiff.

Paul L. Bourget (orally), Bourget & Bourget, Augusta, for defendant.

Before McKUSICK, C.J., and NICHOLS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

Daniel Mellor appeals from a Superior Court (Kennebec County) judgment affirming his conviction in the District Court (Augusta) of assault, 17–A M.R.S.A. § 207 (1983 & Supp.1986). On the basis of all the evidence viewed in the light most favorable to the prosecution, the trial judge rationally could find beyond a reasonable doubt every element of the crime of assault. *See State v. Barry*, 495 A.2d 825, 826 (Me.1985).

The entry is:

Judgment affirmed.

All concurring.